FILED
CLERK, U.S. DISTRICT COURT

DEC 2 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

16-MJ-2537

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation |
| JOSE RODRIGUEZ-LOPEZ | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)　(X)　the appearance of defendant as required; and/or

(B)　(X)　the safety of any person or the community.

//

//

The court concludes:

A.   (X)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he is not a danger due to his criminal history

(B)   (X)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he is not a flight risk due to violating court conditions.

IT IS ORDERED that defendant be detained.

DATED: 12/29/2016

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2